UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SEO LIM TEXTILE CO., LTD.
derivatively on behalf of Nominal Defendant,
T&F INTERNATIONAL, INC.,

                    Plaintiff,

              -against-

SUK CHAN KIM and EUN JOO CHOI,

                    Defendants,

and

T&F INTERNATIONAL, INC.,

                    Nominal Defendant.

-----------------------------------------------------------X

Case No.:
10-CV-3749 (ENV)(SMG)

STIPULATION OF
DISMISSAL WITH
PREJUDICE

Application Granted
SO ORDERED
Brooklyn, New York
Dated: SEP 2 4 2012

( s/ ENV

Eric N. Vitaliano
United States District Judge

        Plaintiff Seo Lim Textile Co. Ltd. and Defendants Suk Chan Kim and Eun Joo Choi hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned action is settled, and that this action shall be and is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. Facsimile or email copies of signatures shall be deemed as originals for purposes of filing this Stipulation.

Dated: August 31, 2012
       New York, New York

YOON & KIM LLP

By: _____

Charles. M. Yoon
11 East 44th Street – Suite 500
New York, New York 10017
(212) 584-0058

*Attorneys for Plaintiff*

PAK & CHO, P.C.

By: _____

Sukjin Henry Cho
1222 Anderson Avenue
Fort Lee, New Jersey 07024
(201) 886-0200

*Attorneys for Defendants*